MICHAEL FEUER, City Attorney (SBN: 111529)
THOMAS H. PETERS, Chief Assistant City Attorney (SBN: 163388)
GABRIEL S. DERMER, Assistant City Attorney (SBN: 229424)
**DORA A. GONZALEZ,** Deputy City Attorney (SBN: 210947)
200 N. Main Street, City Hall East, Room 675
Los Angeles, CA 90012
Telephone (213) 978-7561, Facsimile (213) 978-7011
dora.gonzalez@lacity.org

Attorneys for Defendants
CITY OF LOS ANGELES, HERMAN J. WESSON JR.,
HUGO S. ROSSITTER; ERIC READE; NELLY NAVA-MERCADO

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| WAYNE SPINDLER,<br><br>Plaintiff,<br>In Propria Persona<br><br>vs.<br><br>CITY OF LOS ANGELES; HERMAN J. WESSON JR.; HUGO S. ROSSITTER; ERIC READE; NELLY NAVA-MERCADO; and Does 1-10,<br><br>Defendants. | Case No.: 2:17-cv-00250-JLS-E<br><br>Complaint Filed: January 11, 2017<br><br>**DEMAND FOR JURY TRIAL**<br><br>[Hon. Josephine L. Staton]<br><br>**CERTIFICATION AND NOTICE OF INTERESTED PARTIES**<br><br>**[LOCAL RULE 7.1-1]** |

**DEFENDANTS' NOTICE OF MOTION AND MOTION TO DISMISS THE COMPLAINT PURSUANT TO FEDERAL RULES OF CIVIL PROCEDURE 12(b)(6) AND MOTION TO STRIKE PURSUANT TO FEDERAL RULES OF CIVIL PROCEDURE 12(f)**

**TO THE COURT AND ALL PARTIES OF RECORD:**

The undersigned, counsel of record for the Defendants City of Los Angeles, Herman J. Wesson, Hugo S. Rossitter, Eric Reade and Nelly Nava-Mercado (collectively (Defendants") certify that the following listed parties may have a pecuniary interest in the outcome of this case. These representations are made to enable the Court to evaluate possible disqualification or recusal.

1. City of Los Angeles           Defendant
2. Herman J. Wesson              Defendant
3. Hugo S. Rossitter             Defendant
4. Eric Reade                    Defendant
5. Nelly Nava-Mercado            Defendant
6. Wayne Spindler                Plaintiff

Dated:  June 22, 2017,     Respectfully submitted,

MICHAEL N. FEUER, City Attorney
THOMAS H. PETERS, Chief Deputy City Attorney
GABRIEL S. DERMER, Assistant City Attorney

By:     */s/ Dora A. Gonzalez*
        DORA A. GONZALEZ, Deputy City Attorney
        Attorneys for Defendants, City of Los Angeles, Herman J. Wesson, Hugo S. Rossitter, Eric Reade, and Nelly Nava-Mercado