UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES-GENERAL

Case No. CV 17-250-JLS(E)　　　　　　　　　　　　　　　　Date: June 22, 2017

Title: WAYNE SPINDLER v. CITY OF LOS ANGELES, et al.

**DOCKET ENTRY**

**PRESENT:**

HON. CHARLES F. EICK, JUDGE

| STACEY PIERSON | N/A |
|---|---|
| **DEPUTY CLERK** | **COURT REPORTER** |

**ATTORNEYS PRESENT FOR PLAINTIFFS:**　　　**ATTORNEYS PRESENT FOR DEFENDANTS:**

　　　None　　　　　　　　　　　　　　　　　　　　　　　　　None

**PROCEEDINGS:   (IN CHAMBERS)**

　　　The Court is in receipt of the "Defendants' Motion to Dismiss, etc." ("Motion"), filed June 22, 2017. The previously noticed August 4, 2017 hearing date is vacated. Plaintiff shall file opposition to the Motion within thirty (30) days of the date of this Order. At that time, the Court will take the Motion under submission without oral argument, unless the Court otherwise orders. Failure timely to file opposition to the Motion may result in the dismissal of the action.


　　　cc:　Judge Staton
　　　　　　Plaintiff
　　　　　　Counsel for Defendants