FILED

Wayne Spindler
P.O. Box 16501
Encino, CA. 91416-6501
(213) 381-1403—phone
(213) 381-5542-fax

*In propia persona*

2017 JUL 21  PM 1: 10

CLERK U.S. DISTRICT COURT
CENTRAL DIST OF CALIF.
LOS ANGELES

BY _____

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **Wayne Spindler,** | **Case No.: 2:17-cv-00250-JLS-E** |
| **Plaintiff,** | Complaint Filed: January 11, 2017 |
| **vs.** | **DEMAND FOR JURY TRIAL** |
| | {Honorable Josephine L. Staton} |
| **City of Los Angeles; Herman J.** | **FILING OF ORIGINAL DECLARATION OF WAYNE SPINDLER** |
| **Wesson Jr.; Hugo S. Rossitter; Eric** | |
| **Reade; Nelly Nava-Mercado** | Due Date: July 24, 2017 |
| | Hon. Charles F. Eick |
| **and Does 1 to 10,** | [filed concurrently with Request for Judicial Notice;(proposed) Order; Plaintiff's Memorandum of Points and Authorities in Opposition; and Statement of Genuine Disputes.] |
| **Defendants.** | |

## I.         Plaintiff files his declaration

Plaintiff Wayne Spindler has been the victim of systemic deprivations of his rights

- 1 -

to free speech, freedom from retaliation, harassment, and discrimination by the Defendants. The Defendants have acted to cut off Plaintiff from speaking at public forums in the City of Los Angeles, and has been physically assaulted, battered, arrested, falsely imprisoned, and the target of strategic tactics to deny Plaintiff his right to public participation.

This declaration therefore accompanies Plaintiff's opposition papers to the Defendants' motions to dismiss and strike, which may be construed as a motion for summary judgement. It includes attached exhibits.

## CONCLUSION

Please allow this declaration as further evidence of genuine issues of material fact.

Dated this 14th Day of July 2017

_____

Wayne Spindler
*In propia persona*

- 2 -

Filing of original declaration of Wayne Spindler

# DECLARATION OF WAYNE SPINDLER

I, Wayne Spindler, depose and say as follows:

1.      I am the Plaintiff in the above named case. I have been a duly Licensed attorney since March 20, 1995.[1] I have practiced in the Federal District Court, Central District of California before. This is the 2nd motion I've had to defend against the City of Los Angeles in the last 4 months. The other case is as you know, Your Honor *Spindler v. City of Los Angeles, et. al.* 16-CV-05655 JLS (E). This case was filed separately, because it involves a group of incidents that while further the City's torts against me, are inclusive of different events that happened after the 2015 arrest and 2016 meeting violations in that earlier case.

2.      It is dangerous and potentially life threatening to publicly oppose the City of Los Angeles and its people. If you do, you will be an outcast or driven out of the City and ruined. This is the fear that exists in the City of Angels. The Defendants and their City Attorney know this. The City engages in terror tactics against its opponents. They control the police, the prosecutor, and have great power along other branches of Government. They also file criminal charges and restraining order applications as strategic lawsuit against public participation or "S.L.A.P.P."

---

[1] Plaintiff graduated from a non-ABA law school, not a regular school.

- 3 -

3.     I have tried to settle this with the Defendants and keep this from going any further in the public. I want to leave the City and go somewhere else and try to rebuild my life.  I would be willing to move to Ventura County, CA. and suffer the commute as needed to work in Immigration Court and with my immigration cases, of which I've done for 22 years now.

4.     The Defendants released an article to the L.A. Times saying I was charged with illegal possession of an assault weapon on March 29, 2017. I searched the L.A. Superior Court database as of 4:26 pm March 30, 2017 **and I was unable to locate such a court filing. The Defendants said via their official spokesman Mr. Wilcox said the charge was filed and that a court date was set for April 21, 2017. The Defendants never contacted me whatsoever as to this date about this charge.**  Defendants are using media sources to tarnish, defame, and further ruin my reputation. Further, it is believed this threat or actual criminal charge was filed for the purpose of gaining an advantage in this Civil case and the T.R.O. appeal.

5.     My lower back started hurting back in March 30th 2017. Then, my left lower leg had something happened and I couldn't walk correctly. I believe these are stroke-like symptoms. I do not have insurance. The stress that I'm under is constant with headaches and things like this occurring. This latest

- 4 -

situation is different however as of today I still cannot walk normally. The arrest and detention on the 30th of March forced me to twist my feet and legs in the back of an L.A.P.D. squad car. I will note the C.H.P. when the cuffed me allowed me to sit in the front of their vehicle and **sit with my legs stretched.** I am not happy they cuffed me and interrogated me, but for the record that was a humane gesture that I appreciate. The L.A.P.D. officials when I told them of my injury didn't care and only took me out of the back of their cramped backseat when they "handed me off" to the C.H.P.[2]

      6.      The C.H.P. released me and let me go, thank God.

      7.      On March 31, 2017 I cancelled my voter registration and I am doing this in fear that someone might **again** change my voter registration address. According to County records, my voter registration address was changed without my consent or knowledge to my ranch address outside of Los Angeles City to unincorporated Los Angeles County. I did not vote---I discovered my sample ballot that was mailed to me contained issues that the Antelope Valley voted on,

---

[2] I filed a claim for damages against Mike Feuer and the L.A.P.D. for this series of incidents. Because of my support of the 11-9 Foundation I am not filing a suit against C.H.P. of whom I have great respect for.

therefore I became suspicious. I am informed and believed that my voter registration was changed to falsify a voter fraud complaint against me since I wasn't living permanently at my ranch—my water supply to the property was completely destroyed by a landslide and storm in 2013 to 2016 in a series of weather events. My property was destroyed by a fire caused by a downed D.W.P. power line. I filed a timely claim, but the City's attorneys' caused me to not be compensated to date for the permanent damage done to my property.

I now know my voter registration **physical address** was changed to outside the City. A Councilmember currently on the Council is involved in litigation against another party---that other person's voter registration was changed to the Council member's wife's house. I am informed and believe I was the victim of voter registration fraud by the Defendant City. Therefore, I am afraid to vote and to protect myself from casting a ballot potentially that is not in my current and correct domicile, I cancelled my voter registration and state clearly I do not intend to ever vote again.

8.      I am afraid to go to City Council meetings and enter the building of the City Council for fear of my personal safety. I am afraid that I will be the continued target of arrests, detentions, and false charges by the Defendants. Therefore I had no choice but to withdraw from public participation. I did on the

- 6 -

Filing of original declaration of Wayne Spindler

evening of the 5th of April 2017 attend a planning meeting. I thank God nothing happened to me but I also was able to comment on items and help secure a peaceful resolution of a Venice project that would of tore down a "walk street" house and build a 28 foot towering building that would have been used to tear down the remaining bungalows and rent-controlled apartments. I had been involved in this earlier and didn't want to let down the opponents to the project and not come to speak. The Developer will now meet and make changes to the project and the community was very pleased with handshakes being given at the end of the 4 hour meeting. I am happy these people will be able to save their homes. But I must be certain to stay clear of the Defendants especially at the Downtown meetings.

9.      I go to the City's meetings when I can these days, as I have to keep fighting these bastards. The Council is hurling the City into bankruptcy, cheating the retirement system, and stole money from 2 pensions of 1 and half BILLION for 12 months to "finance" the annual budget. Things are awful now.

10.      The City Attorney fabricated another media lie: saying I pled "guilty" to a "misdemeanor" on July 7, 2017. This was a sham and has caused me greater harm and embarrassment. The gun charges were dropped and a plea to **infraction "disturbing the peace"** was what really happened. The $200 fine

Filing of original declaration of Wayne Spindler

which with assessments was going to be $895.00 or 1 day community service was eliminated, because the City had me "booked in" on May 24, 2017 which was registered as an **arrest for 12 hours in the sheriff's booking system!**

11.      In the Complaint I attached a number of exhibits that clearly shows that the City has put me through pure hell the last 2 and one half years now. I've been arrested 3 times in 3 years: Nov. 2015, May 2016, and May 2017. I've been summoned to criminal court 3 times on 3 warrants: 2015 (misdemeanor failure to disperse no charges filed); 2016 **felony criminal threats** (no charges filed); and now 2017 (possession of an assault rifle, pled to infraction disturbing the peace.)

12.      All the while the City still has me under a 3 year restraining which is how they got all my guns in May 2016 and formulated the strategy to file a bogus gun charge and arrest me.

13.      On July 14, 2017 I filed my brief on the restraining order with the CA. Court of Appeal, 2nd District, Division 3. In it I more fully develop the reasons why the T.R.O. and injunction is a **fraud.** My guns were stolen from me and now are all going to be destroyed because I couldn't find a relative to take the guns and "store" them for me till June 10, 2019 when that damn restraining order ends.

- 8 -

Filing of original declaration of Wayne Spindler

14.      I read the City's motion. I'm infuriated by a number of things in it that they say.  The speaker card on the May 11, 2016 meeting was my free speech right under State, Federal, and City law. I explained to the detectives what the card meant: That the City acts like a bunch of KKK members who go out and keep hanging all of us non-insiders (rate-payers, business owners, taxpayers) and they just rope us in and hang us up taxing and regulating us to death. The burning cross is what it is: the City burning down with the corruption that runs things. As for saying Herb Wesson is a Nigger and to Fuck Him---that's my right to expression! To twist what happened into a "threat crime" is not only outrageous, it is actually dangerous to all who live in the City of Los Angeles. The freedom to criticize and display one's signs, drawings, comments, outfits, and other manifestations of opinion are on trial here.

15.      I attached the D.A.'s opinion on the matter (Complaint, Exhibit C.) The D.A. said what the card was: **"highly offensive, deeply offensive, morally wrong, and socially reprehensible." The card, as well as the surrounding circumstances, the writing itself, and the context it was created on...FAIL TO CONVINCINGLY ESTABLISH THAT THE SPEAKER CARD CONSTITUTED A PROVALBE CRIMINAL THREAT.**

- 9 -

Filing of original declaration of Wayne Spindler

16.      As can be seen, the Government cannot regulate content based

free speech, which is exactly what I was engaged in at the May 11, 2016 meeting.

I have reviewed the audio recording of the meeting, like the D.A. did. I will attach

my brief on the T.R.O. appeal because it clearly shows Mr. Wesson was calm in

demeanor and very ticked off about it. He said I was an "idiot" for the record. He

called my actual name out (which violated my right to anonymity under the Brown

Act) and then curiously said essentially "If I was man enough, I would call him

that to his face!" The audio I will burn to C.D. for your perusal. I did burn a C.D.

of it for the T.R.O. judge. She wouldn't play it and the Court that date wouldn't let

me bring it up on my cell phone. Later, I learned something horrifying: The TRO

Judge **never removed the C.D. from the sleeve!** I taped it in good, and it was

undisturbed when I reviewed the actual file to compose my clerk's proposed

transcript on appeal. I'm grateful Ms. Lacey at the D.A.'s office reviewed the

recording, because it shows in no way was Herb Wesson in "fear." The City should

just admit what happened: they retaliated against me and ruined my life and

business by barraging the media worldwide that I'm a racist, a homophobe, anti-

gay, and other things of that genre. They played the speaker card off to get the

TRO, rob me of my guns, cause me to lose nearly all my clients, cause me to suffer

death threats, health problems, arrest me, try to take my bar card for Christ's sake!

- 10 -

Filing of original declaration of Wayne Spindler

I am sorry that I have to say it like this, but I just need to do this declaration and try to convey the living hell these people have made of my life. Then they top that off with taking my guns and pushing a criminal case at me. I defended myself which was stupid, as you know what they say who has himself for a client. But with $20,000-$50,000 in quotes to take that case to trial, I decided to go it alone and gamble that Justice Bernard S. Jefferson taught me criminal procedure in 1992-93 good enough to remember 24 years later where to go. The "Justice" had a rule: "when he was a trial judge, the one thing he always needed and was lacking to find the Defendant guilty was just one thing---the Defendant taking the stand!" So from April to July 2017 I had to spend a lot of time hitting the books at the L.A. County Law Library learning criminal law and procedure! All while trying to process the earlier Federal Case, this case, the T.R.O. case and my client matters!

      16.      The Defendants are **bullies**. I also learned in the last year that no cop at the May 11th 2016 meeting **would be willing to sign off on a complaint from Wesson!** Thus, Detective Reade instead used a "narrative" from Wesson **alone** to form his case to arrest me for the criminal threats charge! This is a wholly unreliable way to conduct an investigation of this kind of threat charge, from what I've learned. There were L.A.P.D. cops all throughout the meeting room, in the lobby, and Van Nuys P.D. division is 900 yards from the meeting room! No one

- 11 -

said a thing to me that night. No one. The cops know it was bogus from the get-go.

17.     As for Rossitter's pre-dated declaration, it was clearly dated 14 days before the May 11, 2016 incident. He was under oath and swore to the judge all of the contents of the petition and filings were **true and correct.** Thus, it shows a pre-conceived intent, as he also mentioned **multiple actions that I supposedly did,** which is a lie. Wesson's declaration never says that and at the hearing the only thing at issue about any threat was the card.

18.     The City Attorney in this case next says filing a complaint is "further harass(ment)" of Wesson! She fails to mention, like my speaker card, that filing this suit is a "protected activity."

19.     I mentioned Wesson's financial problems for three reasons:First to show he uses 2 names: Herb Wesson and Herman J. Wesson Jr. and **he failed to disclose that in Court.** Second, in May 2016 he was in great financial distress and was set to lose to the bank one of his homes. I believe he was going to use the phony felony charge, if was filed, to extort a financial settlement of it with me! He could of conned me out of money to pay his two mortgages up to date and ran me forever out of City Hall. Third, after my charges were not filed on June 10, 2016 and the L.A. Times reported his financial stress: **Wesson paid both mortgages up to date using his savings!** I believe he paid the bank up on both properties to

- 12 -

Filing of original declaration of Wayne Spindler

cover his tracks on attempting to extort me for that money. Wesson and Rossitter know an attorney would lose his license with a P.C. §422 felony conviction and thus they were ready to make a "settlement" of the charge to extort me for the money which I understand was upward of $80,000.00.

20.     I mentioned "conduits" of a lobbying firm and another of a Publisher of the L.A. Sentinel. Wesson went to the L.A. Sentinel's headquarters and staged a protest against me showing me wearing a hood with a swastika, and the card, big pictures and then a picture of me at an earlier meeting with a stuffed animal. The photos of me **were not photos from the May 11, 2016 meeting.** But…Wesson made it **appear** I was wearing the hood in the photo "handing him the speaker card." This enraged the general public and I got death threats, slashed tires, bottles thrown at me, and had to go into hiding. Then the Lobbying firm was at the State Bar enforcement office filing complaints to have me disbarred! Later I learned surrogates had contacted some of my clients who were seen near my office and told them in Spanish I was in jail and they would be deported! So I got 4 more bar complaints from that source too! One of my immigration clients was picked up and L.A.P.D. "handed him off" to I.C.E. on June 10, 2016, the same day as my TRO hearing and the criminal case appearance of the felony charge. The City Attorney forgot to mention these things. They like

Filing of original declaration of Wayne Spindler

to appear so "prim and proper" in these Court filings, yet the truth is they and their clients have putting a wrecking ball through my life and damaging everything in it using whatever extra-judicial tactic they can find while fending off what would be the day a jury of my peers hears this case and controversy and makes it's decision. They don't want Wesson to take the stand---like my dearly departed friend and great teacher Justice Jefferson said---that's all that's needed to make the case.

21.    I can go on more. But it's hard to write about this stuff it upsets far too much. I stated as much as possible to show I should have a right to a day in court for all these problems these Defendants have caused me, because I speak up and don't agree with most of what they do. I never intended to threaten anyone ever. It's all a lie.

I declare under penalty of perjury of the Laws of the United States that the foregoing is true and correct.

Executed on July 15, 2017



Wayne Spindler

- 14 -

Filing of original declaration of Wayne Spindler