UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES-GENERAL

Case No.  CV 17-250-JLS(E)                                        Date:  January 17, 2018

Title:  WAYNE SPINDLER v. CITY OF LOS ANGELES, et al.

**DOCKET ENTRY**

**PRESENT:**

HON.  **CHARLES F. EICK, JUDGE**

| STACEY PIERSON | N/A |
|---|---|
| **DEPUTY CLERK** | **COURT REPORTER** |

**ATTORNEYS PRESENT FOR PLAINTIFFS:**    **ATTORNEYS PRESENT FOR DEFENDANTS:**

None                                                                     None

**PROCEEDINGS:**    **(IN CHAMBERS)**

The Court is in receipt of the "Defendants' Motion to Dismiss, etc." ("Motion"), filed January 16, 2018.  The previously noticed February 23, 2018 hearing date is vacated.  Plaintiff shall file opposition to the Motion within thirty (30) days of the date of this Order.  At that time, the Court will take the Motion under submission without oral argument, unless the Court otherwise orders.  Failure timely to file opposition to the Motion may result in the dismissal of the action.


cc:    Judge Staton
       Plaintiff
       Counsel for Defendants